UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
LUC BURBON,

                                Plaintiff,                      **NOTICE OF VOLUNTARY**
      -against-                                       **DISMISSAL PURSUANT TO**
                                                                      **F.R.C.P. 41(a)(1)(A)(i)**

CREATIVE CONSUMER PRODUCTS, INC.,        Case No.: 1:20-cv-05940-NGG-RML


                                               Defendants.
-------------------------------------X


**NOTICE OF VOLUNTARY DISMISSAL PUSUANT TO F.R.P. 41(a)(1)(A)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Luc Burbon by his counsel, hereby gives notice that the above- captioned action is voluntarily dismissed, with prejudice against the Defendant Creative Consumer Products, Inc.


Dated:  New York, New York
                February 19, 2021


                                                    THE MARKS LAW FIRM, PC


                                         By:_____
                                           Bradly G. Marks
                                           Attorney for Plaintiff
                                          175 Varick Street, 3rd Fl
                                          New York, NY 10014
                                          T:(646) 770-3775
                                          F: (646) 770- 2639
                                          Brad@markslawfirm.net