Clerk's Office
Filed Date:
03/01/2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
LUC BURBON,

                        Plaintiff,

-against-

CREATIVE CONSUMER PRODUCTS, INC.,

                        Defendants.
---------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:20-cv-05940-NGG-RML

### NOTICE OF VOLUNTARY DISMISSAL PUSUANT TO F.R.P. 41(a)(1)(A)(i)

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Luc Burbon by his counsel, hereby gives notice that the above- captioned action is voluntarily dismissed, with prejudice against the Defendant Creative Consumer Products, Inc.

Dated: New York, New York
             February 19, 2021

                                      THE MARKS LAW FIRM, PC

                                      By:_____
                                        Bradly G. Marks
                                        Attorney for Plaintiff
                                        175 Varick Street, 3rd Fl
                                        New York, NY 10014
                                        T:(646) 770-3775
                                        F: (646) 770- 2639
                                        Brad@markslawfirm.net

**SO ORDERED.**

/s/ Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** March 1, 2021